# Federal Defenders
## OF NEW YORK, INC.

rict
oor
007
392

Tamara L. Giwa
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/21/2026___

vn
e

April 21, 2026

**By ECF and Email**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. Guisseppi Osorio*, 25 Cr. 407 (AT)

Dear Judge Torres,

I write to respectfully request permission for Guisseppi Osorio, whom I am representing on an emergency basis for purposes of this motion, to travel to the Dominican Republic at approximately 2:30 p.m. today, April 21, 2026.

Mr. Osorio's case originated in the Northern District of New York, No. 20 Cr. 321 (DNH), where he pleaded guilty to participating in a narcotics conspiracy and was sentenced on April 27, 2022, to five years' imprisonment, to be followed by five years of supervised release. Mr. Osorio was released from BOP custody on February 7, 2024, and his case was transferred to the Southern District, where he resides, on September 11, 2025. He is on low-intensity supervision, checks in online once per month, and appears to have had no issues in either district.

Mr. Osorio seeks permission to travel to the Dominican Republic because his uncle, who helped raise him, is on his deathbed. Mr. Osorio would return before May 4, 2026, when he has a professional obligation in New York City to run a culinary enrichment program at Lehman High School through a contract with the Department of Education.

I have conferred with the Probation Department regarding this request. Probation did not express any objection to Mr. Osorio's request but stated that its policy is to approve only requests for domestic travel and to defer to the Court on requests for international travel. Accordingly, I respectfully request that the Court grant Mr. Osorio permission to travel to the Dominican Republic from today through May 4, 2026.

Thank you for your attention to this matter.

The Court GRANTS Mr. Osorio's emergency application for permission to travel to the Dominican Republic today at approximately 2:30 p.m. Mr. Osorio shall return to the United States on or before May 4, 2026, and shall inform Probation as soon as possible when, precisely, he shall return to the United States.

SO ORDERED.

Dated:  April 21, 2026
        New York, New York

ANALISA TORRES
United States District Judge