USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

GUISSEPPI OSORIO,

Defendant.

25 Cr. 407 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Guisseppi Osorio's motion requesting early termination of his supervised release, along with accompanying letters of support. *See* ECF No. 6. The Southern District of New York Probation Department supports Osorio's request, citing his positive adjustment to society and placement on the Low Intensity Caseload for individuals requiring minimal supervision. *See* ECF No. 6-1. The Government does not oppose the request. *See* ECF No. 6 at 1.

After an exhaustive review of the record, the Court concludes that termination of supervised release is justified under 18 U.S.C. § 3583(e)(1). Osorio's request is GRANTED, and his term of supervised release is TERMINATED effective today.

The Clerk of Court is respectfully directed to terminate ECF No. 6.

SO ORDERED.

Dated: September 14, 2026
New York, New York

ANALISA TORRES
United States District Judge